NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

COREY L. MATHEWS,                        )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D19-381
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____ )

Opinion filed November 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Brian Iten, Judge.

Corey L. Mathews, pro se.

PER CURIAM.

            Affirmed.

MORRIS, SLEET, and SMITH, JJ., Concur.